IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON (EUGENE DIVISION)

| | |
|---|---|
| TERESA MARIE HESS, an individual, | )<br>) |
| Plaintiff, | ) Case No. 6:05-cv-06318-TC<br>) |
| v. | ) **STIPULATION OF DISMISSAL**<br>) |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41(a)(1), the above-captioned action, and any claims, affirmative defenses, or counterclaims made therein be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / / / /

/ / / / /

/ / / / /

PAGE 1 -   **STIPULATION OF DISMISSAL**

1  DATED: September ___, 2006.

2

3  _____
   Lauren Paulson, OSB No. 73232
4  Attorney for Plaintiff Teresa Marie Hess

5  DATED: ~~September~~ October 11, 2006.

6

7  _____
   Roxanne L. Farra, OSB No. 90176
8  Attorney for Defendant Hewlett-Packard Company

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 -   **STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

1

2

3    I hereby certify that I caused to be served the foregoing **STIPULATION OF DISMISSAL**

4    on the following named person on the date indicated below,

5        [X] by mailing with postage prepaid
    [ ] by hand delivery
6        [ ] by facsimile transmission
    [ ] by overnight delivery
7        [X] by Cm/ECF electronic service

8    to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last

9    known address indicated below.

10       Lauren Paulson
    Attorney at Law
11       3980 S.W. 170th Ave.
    Aloha, OR 97007

12

13       DATED: October 11, 2006.

14       ROXANNE L. FARRA, P.C.

15

16       _/s/ Roxanne Farra_
    Roxanne L. Farra, OSB No. 90176
17       Attorney for Defendant

18

19

20

21

22

23

24

25

26

PAGE 1 -    CERTIFICATE OF SERVICE